UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO._____

AQUA GULF LOGISTICS, INC.,

    Plaintiff,

vs.

GLOBALTRANZ ENTERPRISES, LLC;
PRIMETIME GLOBAL LOGISTICS,
INC.; and TFORCE FREIGHT, INC.,

    Defendants.
_____/

## COMPLAINT

Plaintiff, AQUA GULF LOGISTICS, INC. ("AGL"), by and through undersigned counsel, sues Defendants, GLOBALTRANZ ENTERPRISES, LLC ("GLOBAL"); PRIMETIME GLOBAL LOGISTICS, INC. ("PRIMETIME"); and TFORCE FREIGHT, INC. ("TFORCE"), and states as follows:

### Jurisdiction and Venue

1. This is an action for damages pursuant to 49 U.S.C. § 14706 ("Carmack Amendment") in excess of $18,096.00, exclusive of interest, costs, and attorney's fees.

2. This Court has federal question jurisdiction pursuant to 28 U.S. Code § 1331 and the Carmack Amendment.

3. Venue is proper pursuant to 28 U.S. Code § 1391 as the events giving rise to this claim occurred within the Middle District of Florida as the place of delivery for the shipment was Jacksonville, Florida.

## Parties

4. At all material times, AGL was and is a Florida corporation with operations in Jacksonville, Florida.

5. At all material times, GLOBAL was and is a foreign limited liability company registered to do business in the State of Florida and is licensed with the U.S. Dept. of Transportation as a freight forwarder.

6. At all material times, PRIMETIME was and is a Florida corporation registered to do business in the State of Florida and is licensed with the U.S. Dept. of Transportation as a motor carrier.

7. At all material times, TFORCE was and is a foreign profit corporation registered to do business in the State of Florida and is licensed with the U.S. Dept. of Transportation as a motor carrier.

## General Allegations

8. The matter involves the loss of a pallet of 122 cases of wine valued at $18,096.00 that occurred during transport by TFORCE.

9. On or about May 9, 2022, AGL emailed PRIMETIME for carriage of the subject pallet of wine (the "CARGO") to be picked up from Valley Wine Warehouse, 644 Hanna Dr., American Canyon, CA 94505, and delivered on AGL's behalf to Key Cargo Marine, Inc., 9400 Busch Dr. N., Jacksonville, FL 32218. PRIMETIME accepted responsibility for the delivery.

10. PRIMETIME coordinated with GLOBAL as freight forwarder and receiving/delivering carrier, and GLOBAL issued a house bill of lading for the

CARGO and had TFORCE as the motor carrier for the shipment. TFORCE accepted responsibility for the delivery of the CARGO.

11. On or about May 10, 2022, TFORCE picked up the CARGO under GLOBAL's house bill of lading number 24595928 and Valley Wine Warehouse's straight bill of lading.

12. During the transport from California to Florida, the CARGO was lost or destroyed while in the possession of TFORCE and was not delivered to its destination in Jacksonville, Florida.

13. AGL's customer filed a claim with AGL for the value of the lost CARGO. AGL paid the claim to its customer and is subrogated to the claim.

14. AGL timely filed a claim with the carriers and freight forwarder for the loss of the CARGO, which was denied on June 9, 2022.

15. All conditions precedent to bringing this action have occurred, been performed, or been waived.

## COUNT I – STRICT LIABILITY UNDER 49 U.S.C. § 14706
## (GLOBAL)

16. Plaintiff, AGL, realleges and incorporates by reference paragraphs 1 – 15 as though fully set forth herein.

17. AGL delivered the CARGO to GLOBAL in good condition, undamaged.

18. During the transport of the CARGO, it was lost or destroyed and never delivered to its destination in Jacksonville, Florida.

19. As a result of the above, AGL has suffered damages.

WHEREFORE, Plaintiff, AQUA GULF LOGISTICS, INC., demands judgment against Defendant, GLOBALTRANZ ENTERPRISES, LLC, in the amount of $18,096.00, plus pre and post-judgment interest, and Court costs, and for all other relief deemed proper and just by this Court.

### COUNT II  STRICT LIABILITY UNDER 49 U.S.C. § 14706
### (PRIMETIME)

20. Plaintiff, AGL, realleges and incorporates by reference paragraphs 1 – 15 as though fully set forth herein.

21. AGL delivered the CARGO to PRIMETIME in good condition, undamaged.

22. During the transport of the CARGO, it was lost or destroyed and never delivered to its destination in Jacksonville, Florida.

23. As a result of the above, AGL has suffered damages.

WHEREFORE, Plaintiff, AQUA GULF LOGISTICS, INC., demands judgment against Defendant, PRIMETIME GLOBAL LOGISTICS, INC., in the amount of $18,096.00, plus pre and post-judgment interest, and Court costs, and for all other relief deemed proper and just by this Court.

### COUNT III  STRICT LIABILITY UNDER 49 U.S.C. § 14706
### (TFORCE)

24. Plaintiff, AGL, realleges and incorporates by reference paragraphs 1 – 15 as though fully set forth herein.

25. AGL delivered the CARGO to TFORCE in good condition,

undamaged.

26. During the transport of the CARGO, it was lost or destroyed and never delivered to its destination in Jacksonville, Florida.

27. As a result of the above, AGL has suffered damages.

WHEREFORE, Plaintiff, AQUA GULF LOGISTICS, INC., demands judgment against Defendant, TFORCE FREIGHT, INC., in the amount of $18,096.00, plus pre and post-judgment interest, and Court costs, and for all other relief deemed proper and just by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff, AQUA GULF LOGISTICS, INC., demands a jury trial on all issues so triable.

Respectfully submitted,

MCLEOD BROCK LAW, PLLC

**LINDSEY C. BROCK III, ESQ.**
Fla. Bar #971669
Primary E-Mail: lindsey@mcleodbrock.com
Secondary E-Mail: jennifer@mcleodbrock.com
9995 Gate Parkway North, Ste. 400
Jacksonville, Florida 32246
(904) 996-1100 Office Telephone
(904) 996-1120 Facsimile
**Attorneys for Plaintiff, AQUA GULF LOGISTICS, INC.**