**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AQUA GULF LOGISTICS, INC.,

    Plaintiff,

v.                                                                  Case No. 3:23-cv-547-MMH-JBT

PRIMETIME GLOBAL
LOGISTICS, INC., and
TFORCE FREIGHT, INC.,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 54; Stipulation) filed on January 29, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of January, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record